IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM MURIEL LOPEZ                                                              PETITIONER

vs.

Case No. 5:23-CV-5179
Criminal No. 5:21-CR-50023-001

UNITED STATES                                                                       RESPONDENT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Petitioner William Muriel Lopez (aka William Lopez Muriel) submitted a petition for habeas relief under 28 U.S.C § 2241 which was filed on October 17, 2023, and the matter was referred to the undersigned pursuant to Rule 72.1 (VII)(B)(1) of the Local Rules for the United States District Court for the Eastern and Western Districts of Arkansas.

Upon examination of the petition, the undersigned found it more properly characterized as one under 28 U.S.C. § 2255.  By order dated October 17, 2023, the undersigned directed the Clerk to send Petitioner a § 2255 form petition and directed Petitioner to submit the completed § 2255 petition or make argument why he believes § 2241 affords him relief, and to do so by November 7, 2023.

The order and form were mailed to Petitioner's last known address at FCI Forrest City but were returned on December 18, 2023.  The order and form were resent to FCI Forrest City on December 19, 2023, and this mailing was not returned.  The Bureau of Prisons' website reflects, as of today, that Petitioner remains in custody at FCI Forrest City.  Petition has neither submitted a completed § 2255 form petition nor had any communication with the Court about his pursuit of § 2241 relief, his inability to complete the § 2255 form or other barrier to compliance with the

Court's order. More than (120) days have passed, leading the undersigned to conclude that Petitioner has failed to prosecute this matter and has failed to comply with the Court's order.

For the reasons stated herein, it is recommended that Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (ECF No. 1) be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**The parties have fourteen (14) days from the receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**RECOMMENDED** this 9th day of May 2024.

*Christy Comstock*
**CHRISTY COMSTOCK**
**U.S. MAGISTRATE JUDGE**