# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**WILLIAM MURIEL LOPEZ**                                                            **PLAINTIFF**

V.                                   **CASE NOS. 5:23-CV-5179;**
                                         **5:21-CR-50023-001**

**UNITED STATES**                                                                **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 5) filed in this case on May 9, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this case and failure to obey the Orders of the Court.

**IT IS SO ORDERED** on this 29th day of May, 2024.

                                                              */s/ Timothy L. Brooks*
                                                              TIMOTHY L. BROOKS
                                                              UNITED STATES DISTRICT JUDGE